WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
John Eby

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EBY,<br><br>Defendant. | CASE No. 2:19-cr-00161-MCE<br><br>STIPULATION TO VACATE JUDGMENT AND SENTENCING AND SCHEDULE STATUS HEARING; ORDER<br><br>DATE: April 2, 2020<br>TIME: 10:00 AM |

With the Court's permission, defendant John Eby and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 9, 2020;

///
///
///
///
///
///
///
///

1

2. By this stipulation, the parties jointly move the Court to vacate the judgment and sentencing hearing and set this matter for a status hearing regarding sentencing on April 2, 2020.

IT IS SO STIPULATED.

DATED: December 3, 2019

*/s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant
JOHN EBY

DATED: December 3, 2019

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

**IT IS SO ORDERED**.

Dated: December 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE