UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN EBY,<br><br>　　　　Defendant.<br>_____/ | No. 2:19-CR-00161-MCE<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANITA VIJAY and JAI VIJAY,<br><br>　　　　Defendants.<br>_____/ | No. 2:20-CR-00010-TLN |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIELA PANGANIBAN,<br><br>　　　　Defendant.<br>_____/ | No. 2:21-CR-00032-TLN |

An examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated No. 2:20-CR-00010-TLN, United States of America v. Anita Vijay and Jai Vijay and No. 2:21-CR-00032-TLN, United States of America v. Mariela Panganiban are reassigned to Senior District Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in these reassigned case only are hereby **VACATED**. The caption on documents filed in the reassigned cases shall be shown as 2:20-CR-00010-MCE and 2:21-CR-00032-MCE.

In case numbers 2:20-CR-00010-TLN, United States of America v. Anita Vijay and Jai Vijay and 2:21-CR-00032-TLN, United States of America v. Mariela Panganiban, both matters are reset for Sentencing on May 20, 2021, 10:00 am and will be held by videoconference. Given the hearings will be conducted by videoconference, not later than 4:00 pm, two (2) days prior to the hearing (or any continued hearing date where remote appearances will be necessary) the parties are directed to file with the Court, in compliance with Local Rule 137(b), a request for waiver of in-person appearance of the defendants and a proposed order either signed by the defendant or conforming with the requirements set forth in General Order 616.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 10, 2021

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE