PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EBY,<br><br>Defendant. | CASE NO. 2:19-CR-161 MCE<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>DATE: July 22, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   On September 19, 2019, the United States filed an information charging John Eby with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, and one count of receiving health care kickbacks, in violation of 42 U.S.C. § 1320a-7b(b)(1)(A).

2.   On October 10, 2019, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3.   Defendant currently is scheduled to appear on July 22, 2021, for a status conference regarding sentencing.

4.   The parties jointly request that the Court vacate the status conference scheduled for July 22, 2021, and enter an order setting the following schedule for sentencing and disclosure of the

presentence report:

| | |
|---|---|
| Judgment and sentencing: | February 17, 2022 |
| Reply or statement of non-opposition: | February 10, 2022 |
| Motion for correction: | February 3, 2022 |
| Presentence Report: | January 27, 2022 |
| Written objections: | January 20, 2022 |
| Proposed Presentence Report: | January 6, 2022 |

**IT IS SO STIPULATED.**

Dated:  July 20, 2021

        PHILLIP A. TALBERT
        Acting United States Attorney

        /s/ MATTHEW THUESEN
        MATTHEW THUESEN
        Assistant United States Attorney

Dated:  July 20, 2021

        /s/ WILLIAM J. PORTANOVA
        WILLIAM J. PORTANOVA
        Counsel for Defendant
        John Eby

**ORDER**

IT IS SO ORDERED.

DATED: July 22, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING HEARING      2