PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EBY,<br><br>Defendant. | CASE NO. 2:19-CR-161 MCE<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 19, 2019, the United States filed an information charging John Eby with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, and one count of receiving health care kickbacks, in violation of 42 U.S.C. § 1320a-7b(b)(1)(A).

2. On October 10, 2019, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3. The parties jointly request that the Court enter an order setting the following schedule for sentencing and disclosure of the presentence report:

Judgment and sentencing:                                              February 17, 2022

Reply or statement of non-opposition:                         February 10, 2022

STIPULATION REGARDING HEARING                    1

| | |
|---|---|
| Motion for correction: | February 3, 2022 |
| Presentence Report: | January 27, 2022 |
| Written objections: | January 20, 2022 |
| Proposed Presentence Report: | January 6, 2022 |

**IT IS SO STIPULATED.**

Dated:  August 18, 2021

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ MATTHEW THUESEN
                                        MATTHEW THUESEN
                                        Assistant United States Attorney

Dated:  August 18, 2021

                                        /s/ WILLIAM J. PORTANOVA
                                        WILLIAM J. PORTANOVA
                                        Counsel for Defendant
                                        John Eby

**ORDER**

IT IS SO ORDERED.

Dated:  August 20, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE