WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
JOHN EBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN EBY,<br><br>             Defendant. | Case No. 2:19-CR-00161-DAD<br><br>**STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER**<br><br>DATE:    December 15, 2022<br>TIME:    9:00 a.m.<br>COURT:  Hon. Troy L. Nunley |

      Defendant, JOHN EBY, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

      1.    By previous order, this matter was set for judgment and sentencing on December 15, 2022, before the Honorable Troy L. Nunley. On August 25, 2022, Mr. Eby's case was reassigned to the Honorable Dale A. Drozd.

      2.    By this stipulation, the parties jointly request that the Court continue judgment and sentencing from December 15, 2022 to January 31, 2023, at 9:30 a.m. before the Honorable Dale A. Drozd. The parties also request that the pre-sentence report schedule be modified as follows:

      Judgment and Sentencing Date:                                    January 31, 2023

      Reply or Statement of Non-Opposition:                            January 24, 2023

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:     January 17, 2023

IT IS SO STIPULATED.

DATED: December 1, 2022                  Respectfully submitted,


*/s/ William J. Portanova*
WILLIAM J. PORTANOVA

Attorney for Defendant
JOHN EBY

DATED: December 1, 2022                  PHILLIP A. TALBERT
United States Attorney


*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **December 1, 2022**           _____
                                        UNITED STATES DISTRICT JUDGE

2