TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOHN EBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JOHN EBY,<br><br>　　　Defendant. | ) Case No. 2:19-CR-0161-DAD<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **TERMINATING PROBATION**<br>)<br>)<br>) Judge:　Hon. Dale A. Drozd<br>)<br>)<br>)<br>) |

　　　Mr. Eby respectfully asks the Court to terminate the two-year term of probation ordered on January 31, 2023, pursuant to 18 U.S.C. § 3564(c).  ECF 50, 51.  Counsel for the United States and Mr. Eby's probation officer have advised defense counsel that they do not oppose the request.

　　　Section 3564(c) authorizes the Court to "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."  Mr. Eby has served over 15 months of his probation term without incident.  His probation officer emailed defense counsel on May 15: "I do not oppose his

request for [early termination]. I've supervised him on the low risk caseload since June 2023. He has adhered to all expectations of the caseload, and he has paid off his restitution as well." Mr. Eby is gainfully employed.

                              Respectfully Submitted,

Dated: May 16, 2024                  */s/ Tim Zindel*
                                      TIMOTHY ZINDEL
                                      Attorney for JOHN EBY


                                      PHILIP A. TALBERT
                                      United States Attorney

Dated: May 16, 2024                  */s/ T. Zindel for M. Thuesen*
                                      MATTHEW THUESEN
                                      Assistant U.S. Attorney

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the term of probation ordered on January 31, 2023, in this case is hereby terminated.

IT IS SO ORDERED.

Dated: **May 20, 2024**                               /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE